UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JUSTIN LEE FLETCHER, No. 08958-030,

    Petitioner,

    v.

ACTING WARDEN OF FCI-MARION,

    Respondent.

Case No. 25-cv-560-JPG

**JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Justin Lee Fletcher's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is denied, that judgment is entered in favor of respondent Acting Warden of FCI-Marion and against petitioner Justin Lee Fletcher, and that this case is dismissed with prejudice.

**DATED:** September 19, 2025

MONICA A. STUMP, Clerk of Court

s/Tina Gray, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**